06/06

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

JUL 0 8 2020

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

# #1 Robert Gene Downing

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

#1 Tulsa Police Dept.
~~Federal~~
#2 Federal Bureau of Inv.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. **20 CV - 327 JED - FHM**

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

Fees PD

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Robert Gene Downing |
| Street Address | 1617 E. Young St APt 239 |
| City and County | Talsa, OK 74106 |
| State and Zip Code | OK 74106 |
| Telephone Number | 918-972-8067 |
| E-mail Address | rgd23@sbcglobal.net |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Talsa Police Dept |
| Job or Title (if known) | |
| Street Address | 600 CiU.C Center |
| City and County | Talsa     Talsa Co |
| State and Zip Code | OK 74103 |
| Telephone Number | 918-596-9222 |
| E-mail Address (if known) | |

☐ Individual capacity     ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Fedral Bear Bureau of Investigat |
| Job or Title | |

2

(if known)

Street Address          8023 E. 63rd Pl

City and County         Tulsa, Tulsa co

State and Zip Code      OK  74133

Telephone Number        918-664-3300

E-mail Address
(if known)              _____

☐   Individual capacity      ☒   Official capacity

Defendant No. 3

Name                    _____

Job or Title
(if known)              _____

Street Address          _____

City and County         _____

State and Zip Code      _____

Telephone Number        _____

E-mail Address
(if known)              _____

☐   Individual capacity      ☐   Official capacity

Defendant No. 4

Name                    _____

Job or Title
(if known)              _____

Street Address          _____

City and County         _____

State and Zip Code      _____

Telephone Number        _____

E-mail Address
(if known)              _____

☐   Individual capacity      ☐   Official capacity

3

**II.     Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any
rights, privileges, or immunities secured by the Constitution and [federal laws]." Under
*Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388
(1971), you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☒     Federal officials (a *Bivens* claim)

☒     State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or
immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If
you are suing under section 1983, what federal constitutional or statutory right(s)
do you claim is/are being violated by state or local officials?

Right to due Process
Cruel and unusual Punishment
Right to confront Accuser

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain
constitutional rights. If you are suing under *Bivens*, what constitutional right(s)
do you claim is/are being violated by federal officials?

Right to due Process
Cruel and unusual Punishment
Right to confront Accuser

D.     Section 1983 allows defendants to be found liable only when they have acted
"under color of any statute, ordinance, regulation, custom, or usage, of any State
or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing
under section 1983, explain how each defendant acted under color of state or local
law. If you are suing under *Bivens*, explain how each defendant acted under color
of federal law. Attach additional pages if needed.

Denying me access to States
busses and public transportation.

### III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was
personally involved in the alleged wrongful action, along with the dates and locations of
all relevant events.  You may wish to include further details such as the names of other
persons involved in the events giving rise to your claims.  Do not cite any cases or
statutes.  If more than one claim is asserted, number each claim and write a short and
plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

The entire city of Tulsa, OK.
New Town San Diego, CA
Air Port Dallas, TX

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Started in April 2016 and
are continuing to this day.

C.    What are the facts underlying your claim(s)?  *(For example: What happened to
you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

The Federal Government and
Local and State Police have
been using government phones
and other wireless technology
to monitor and harrass me.
They keep infecting me
with some type of rash.

IV.     **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and
state what medical treatment, if any, you required and did or did not receive.

The infrared lights and other
the way these people manipulate
the screens on the phones
and monitors has distorted
my vision. This infection is
on my skin and I am constantly
running a fever.

V.      **Relief**

State briefly what you want the court to do for you.   Make no legal arguments. Do not
cite any cases or statutes.  If requesting money damages, include the amounts of any
actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis
for these claims.

I want these people to stop following
me, monitoring me,
10,000 Actual Damages
$11,000,000.00 Punitive Damages
I discovered these peoples
illegal procedure of following and
tracking people thru wireless and
biological technology.

VI.     **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

**A.**    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _07/08_ , 20_20_

Signature of Plaintiff _Robert Gene Downing_

Printed Name of Plaintiff _Robert Gene Downing_

**B.**    **For Attorneys**

Date of signing: _07/08_ , 20_20_

Signature of Attorney _____

Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____
Telephone Number    _____
E-mail Address    _____